17-mc-11 PAM/DTS

02-20-2017

# Plaintiff's Exhibit 1

## Unsigned assessment for 2007

RECEIVED

FEB 21 2017

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED

FEB 2 1 2017

U.S. DISTRICT COURT ST. PAUL



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

January 30, 2013

Daniel Berglund
6758 Pine Arbor Blvd S
Cottage Grove, MN 55016

Dear Berglund:

I am responding to your Freedom of Information Act (FOIA) requests both dated
December 6, 2012 that we received on December 12, 2012.

You asked for a copy of various documents pertaining to you for tax year 2007. Of the
29 pages located responsive to your requests I am enclosing all 29 pages.

Form 23C and Revenue Accounting Control System (RACS) 006 are both valid
Summary Records of Assessment (SRA). The SRA is a summary total of all the tax,
interest, and penalty assessments by tax class made at an IRS campus on a specific
day or week. The amounts assessed to a specific taxpayer are included as part of the
total figures for that day or week. However, the SRA does not separately list the name,
identifying number, or amounts assessed for a particular taxpayer. Form 23C and
RACS 006 differ only in that Form 23C is manually created, while RACS 006 (which
replaced Form 23C) is computer-generated. The IRS manually prepares Form 23C
only when the automated RACS 006 is unavailable, such as during a power outage.
Although Forms 23C and RACS 006 do not on their face reflect a particular taxpayer's
assessment, account transcripts do provide this information. The account transcript
enclosed for tax year 2007 meets all statutory requirements of Internal Revenue Code
Section 6203 and applicable regulations.

A Notice of Assessment and Demand is a computer generated notice. The IRS does
not routinely maintain copies of these notices. If the IRS sent a Notice and Demand, it
would show in the Notice History Section on the enclosed transcript.

2

If you have any questions please call Disclosure Specialist Alan Dichter, ID # 1000261116, at (212) 719-6949 or write to: Internal Revenue Service, Disclosure Scanning Operation – Stop 93A, PO Box 621506, Atlanta, GA 30362.  Please refer to case numbers F13348-0032 and F13348-0033.

Sincerely,

*Alan Dichter*

Alan Dichter
Disclosure Specialist
Disclosure Office 2

Enclosures
  Responsive records
  Notice 393

# Information on an IRS Determination to Withhold Records Exempt From The Freedom of Information Act – 5 U.S.C. 552

## Appeal Rights

You may file an appeal with the Internal Revenue Service (IRS) within 35 days after we (1) deny you access to a record in whole or in part; (2) have made an adverse determination as to your category as a requester; (3) deny your request for a fee waiver or reduction; or (4) have advised you that no records responsive to your request exist. You may file an appeal within 10 days when a request for expedited processing has been denied.

Your appeal **must** be in writing, must be signed by you, and must contain:

> Your name and address,
> Description of the requested records,
> Date of the request (and a copy, if possible),
> Identity of the office and contact on the response letter, and
> Date of the letter denying the request (and a copy, if possible)

Mail your appeal to:     **IRS Appeals**
Attention: FOIA Appeals
M/Stop 55202
5045 E. Butler Ave.
Fresno, California  93727-5136

## Judicial Review

If we deny your appeal, or do not address an issue raised in your appeal within 20 days (excluding Saturdays, Sundays, or legal public holidays) after the date we receive your appeal, you may file a complaint in United States District Court in the district in which (1) you reside; (2) your principal place of business is located; (3) the records are located; or (4) the District of Columbia. A complaint may be filed within 10 days (excluding Saturdays, Sundays, or legal public holidays) after the date we receive your appeal if your appeal is from an adverse determination of a request for expedited processing. If you choose to file suit before receipt of a final determination by the Appeals office, the administrative appeals process may cease.

The rule for effecting service of judicial process upon the Internal Revenue Service is set forth in Federal Rule of Civil Procedure 4(i). In addition to service upon the United States, as set forth in Rule 4(i)(1), service must be made upon the Internal Revenue Service by registered or certified mail as set forth in Rule 4(i)(2)(A).

The address of the Internal Revenue Service is: Internal Revenue Service, Attention CC:PA, 1111 Constitution Avenue, N.W., Washington, D.C. 20224.

## Exemptions

The Freedom of Information Act, 5 U.S.C. 552, does not apply to matters that are:

(b)(1)  • specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and are in fact properly classified under such executive order,

(b)(2)  • related solely to the internal personnel rules and practices of an agency,

(b)(3)  • specifically exempted from disclosure by statute (other than section 552b of this title), provided that the statute:

(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or

(B) establishes particular criteria for withholding or refers to particular types of matters to be withheld.

**Note:** Internal Revenue Code sections 6103 and 6105 are statutes which qualify for exemption 3 treatment. Section 6103 protects the confidentiality of tax returns and information pertaining to a taxpayer collected by the IRS. Section 6105 protects information obtained from a foreign country under a tax treaty.

(b)(4) • trade secrets and commercial or financial information obtained from a person and privileged or confidential,

(b)(5) • inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency,

(b)(6) • personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy,

(b)(7) • records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information:

   (A) could reasonably be expected to interfere with enforcement proceedings,

   (B) would deprive a person of a right to a fair trial or an impartial adjudication,

   (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy,

   (D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source,

   (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or

   (F) could reasonably be expected to endanger the life or physical safety of any individual.

(b)(8) • contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions, or

(b)(9) • geological and geophysical information and data, including maps, concerning wells.

```
 NO-0001                                    IRS EMPLOYEE 7937520282

 REQUESTED 01-08-2013                        PRINT DATE 01-08-2013

 NUMBER: 1040A                               TAX PERIOD: DEC  2007

              TAXPAYER IDENTIFICATION NUMBER: 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

      DANIEL L BERGLUND
      6758 PINE ARBOR BLVD
      COTTAGE GROVE      MN 55016-4570-584      BODC-WI BODCLC-

 ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

    ACCOUNT BALANCE:       3,061,230.11
   ACCRUED INTEREST:          74,671.36   AS OF 01-14-2013
    ACCRUED PENALTY:          17,697.18   AS OF 01-14-2013

 ACCOUNT BALANCE
      PLUS ACCRUALS:       3,153,598.65

 EXEMPTIONS: 02                      **FILING STATUS: MARRIED FILING SEPARATE
 ADJUSTED GROSS INCOME:   5,102,526.00
 TAXABLE INCOME:          5,096,043.00
 TAX PER RETURN:                  0.00

 PER RETURN OR AS ADJUSTED

 4-2011 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
 4-2011 PROCESSING DATE
```

## TRANSACTIONS

| EXPLANATION | DATE | MONEY AMOUNT (IF APPLICABLE) |
|---|---|---|
| NO RETURN FILED SUBSTITUTE FOR RETURN | 02-14-2011 | 0.00 |
| ESTIMATED TAX PENALTY 19210-888-00000-1 | 03-26-2012 | 80,544.73 |
| LATE FILING PENALTY 20121105 | 03-26-2012 | 398,186.55 |
| ADDITIONAL TAX ASSESSED BY EXAMINATION 20121105 | 03-26-2012 | 1769,718.00 |
| INTEREST ASSESSED 17247-461-30050-2  20121105 | 03-26-2012 | 387,956.51 |
| FAILURE TO PAY TAX PENALTY 20121105 | 03-26-2012 | 424,732.32 |
| FEDERAL TAX LIEN | 11-30-2012 | |
| FEES AND COLLECTION COSTS | 12-24-2012 | 92.00 |
| INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | 11-29-2012 | |
| INTENT TO LEVY COLLECTION DUE PROCESS NOTICE COLL DUE PROCESS NOTICE REFUSED/UNCLAIMED | 11-29-2012 | |

082

E NO-0001

*IMF MCC TRANSCRIPT-SPECIFIC*                    EMP NO 79-375-20282

COUNT NO 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              01-08-2013
ME CONT- BERG                    CYCLE-20125305
**********************************************************************************
-7937520282 BY-7937520282 ON-01082013 TYP-S-30-200712
                                 PROCESSED ON-008
E-12:49 SRC-I                    REQUESTED TAX MODULE FOUND ON MF


2 3 DANIEL L BERGLUND
    6758 PINE ARBOR BLVD                       BODC-WI BODCLC-
605 COTTAGE GROVE          MN 55016-4570-584
                                 PRIOR NAME CONTROL-              FZ>      -
                                 MFR-01  VAL-1 IRA-                      CAF-
-41 AO-13 CLC-   SBAO-           FYM-12 SCS-     CRINV-  130-
R REMOVED-      ENT EXT CYC-201253   RPTR-4 PMF-   SHELT-  BNKRPT-  BLLC-
                                 ACCRETION-   FMS-0  PDC-00      MIN SE-
                                 JUST-   IRS EMPL-   FED EMPL-   LII-0
                                 ID THEFT 50X CD-   ID THEFT 52X CD-

9 3 DANIEL BERGLUND                          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
L DANIEL L BERGLUND

RET-1997 ME-       CND-B FLC-00 199835
************************
TAX PERIOD 30    200712 *        REASON CD-              MOD EXT CYC-201253
************************
-3  TFRP-  CRINV-  LIEN-4        19210-888-00000-1    CAF-   FZ>T   -
A COPYS-9406                     TDI COPYS-
      INT TOLERANCE-  MATH INCREASE-  HISTORICAL DO-41 BWNC-   BWI-
MOD BAL-        3,061,230.11
RUED INTEREST-     74,671.36  01142013      CSED-03262022
RUED PENALTY-      17,697.18  01142013      RSED-04152011
-1IA CD-0                                   ARDI-0                ASED-00000000

R  150 02142011              0.00  05  201105
                                 19210-888-00000-1  CD-           SRC-0
T RCVD DT-01242011               PREPARE IND-0  PREPARE TIN-
                                        TAX PER T/P-              0.00
                                            F/C-  AGI-  5,102,526.00
                                 FOREIGN-        FARM-  MF P-
                                 XRF-            AEIC-              0.00
                                 NAI-       EXMPT-02 NRGY-
                                 LTEX-          TAXABLE INC-  5,096,043.00
                                 PENALTY SUPP-1000   SET-          0.00
                                            TOTAL WAGES-          0.00
                                 MDP-       TOTAL INC TX-         0.00
                                      EST TAX BASE-              0.00
                                        PR YR BASE-              0.00
                                 SHORT YR CD-      ES FORGIVENESS %-  0
                                 USVI-0
*************************CONTINUED ON NEXT PAGE******************************

183

: NO-0002   TAX PERIOD 30 200712*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*                    EMP NO 79-375-20282

:OUNT NO 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              01-08-2013
IE CONT- BERG                    CYCLE-20125305
:****************************************************************************
                                1ST SE-              0.00
                                2ND SE-              0.00
                                ACCT TYPE-
                                EFT-0
                                F8615-   UNAPPLD CR ELECT-
                                      ES TAX PAYMENT-              0.00
                                         DIR DEP REJ RSN CD-00
                                PUTI-        0    SUTI-              0
                                PMEI-        0    SMEI-              0
                                PMTI-        0    SMTI-              0

140 12012008              0.00   20085008 17249-336-00000-8
                                 PRC-

971 12222008----------------     20085008 17277-336-00000-8
                                 XREF-                     971 CD-804
                                 X-MFT-00 MEMO-                FTD ALRT-0

595 05122009----------------     20092008 17249-532-00183-9
                                 COLCLOS-57                XREF-

592 07052010----------------     20102508 17249-532-00183-9
                                 COLCLOS-                  XREF-

595 07162010----------------     20103008 17249-597-00254-0
                                 COLCLOS-57                XREF-

425 01242011----------------     20110508 19277-024-20000-1
                                 SOURCE-25  ORG-5065  PROJ-277  RET REQ-0
                                 PTR DO-295

570 02142011----------------     20110508 19210-888-00000-1
                                 COLCLOS-39        CYCLES-04

420 02032011----------------     20110608 17277-034-00000-1
                                 AIMS SC-25 PBC-296 SBC-00000 EGC-5065

170 03262012         80,544.73   20121105 17247-461-30050-2
                                 PRC-    EST PNLTY WAIVED-              0.00
                                 CSED-03262022

160 03262012        398,186.55   20121105 17247-461-30050-2
                                 PRC-

300 03262012      1,769,718.00   20121105 17247-461-30050-2
****************************CONTINUED ON NEXT PAGE****************************

`84

: NO-0003   TAX PERIOD 30 200712*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*              EMP NO 79-375-20282

:OUNT NO 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              01-08-2013
IE CONT- BERG                    CYCLE-20125305
:*************************************************************************
                                 HC  DC10 870D         ASED03192015
                                                           PC9 AO
                                 CLAIM REJECT DT-
                                 ABSTRACT-888            :2:,=<0,0<2.<:
                                 ABSTRACT-886            ?:,:<0,0<2.<:
                                 ABSTRACT-887               <0,0<2.<:
                                 CSED-03262022

 421 03262012---------------     20121105 17247-461-30050-2
                                 DISP CD-    SOURCE-

 336 03262012          387,956.51  20121105 19210-888-00000-1
                                 REFERENCE AMT-

 276 03262012          424,732.32  20121105 19210-888-00000-1
                                 PRC-

 971 03262012---------------     20121105 19277-888-00000-1
                                 XREF-                   971 CD-804
                                 X-MFT-00 MEMO-              FTD ALRT-0

 971 05212012---------------     20121905 19277-999-99999-2
                                 XREF-                   971 CD-262
                                 X-MFT-00 MEMO-              FTD ALRT-0

 971 06232012---------------     20122705 59277-577-09068-2
                                 XREF-                   971 CD-611
                                 X-MFT-00 MEMO-              FTD ALRT-0

 971 11262012---------------     20124705 28277-001-99999-2
                                 XREF-                   971 CD-060
                                 X-MFT-00 MEMO-              FTD ALRT-0

 971 11262012---------------     20124705 41277-314-99999-2
                                 XREF-                   971 CD-600
                                 X-MFT-00 MEMO-              FTD ALRT-0

 971 11272012---------------     20124905 35277-733-01109-2
                                 XREF-                   971 CD-252
                                 X-MFT-00 MEMO-              FTD ALRT-0

 582 11302012---------------     20125005 17277-739-07520-2
                                 REGULAR LIEN

 670 11152012             0.00   20125005 29218-740-04707-2
                                 PRC-
                                 DESG PAY CD-99 *****************************
************************CONTINUED ON NEXT PAGE***************************

85

NO-0004   TAX PERIOD 30 200712*CONTINUED

*IMF MCC TRANSCRIPT-SPECIFIC*                    EMP NO 79-375-20282

OUNT NO 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              01-08-2013
E CONT- BERG                    CYCLE-20125305
*************************************************************************

360 12242012                92.00    20125005 29218-740-04707-2
                                     PRC-

971 11292012---------------          20125005 17277-738-04152-2
                                     XREF-                        971 CD-069
                                     X-MFT-00 MEMO-                   FTD ALRT-0

971 11292012---------------          20125005 17277-738-04153-2
                                     XREF-                        971 CD-067
                                     X-MFT-00 MEMO-                   FTD ALRT-0

971 12142012---------------          20125205 28277-754-04564-2
                                     XREF-                        971 CD-275
                                     X-MFT-00 MEMO-                   FTD ALRT-0

971 12142012---------------          20125205 28277-754-04565-2
                                     XREF-                        971 CD-630
                                     X-MFT-00 MEMO-                   FTD ALRT-0

972 01072013---------------          20125305 28277-001-99999-2
                                     XREF-                        971 CD-060
                                     X-MFT-00 MEMO-                   FTD ALRT-0

STAT-02 12012008    NOTICE AO-13     200850
STAT-02 12222008 1  NOTICE AO-13     200850
STAT-03 02162009 8  NOTICE AO-13     200905
STAT-03 03022009 5  NOTICE AO-24     200907
STAT-06 05122009            0.00     200920
STAT-02 07052010    NOTICE AO-13     201025
STAT-03 07052010 8  NOTICE AO-13     201025
STAT-03 07192010 5  NOTICE AO-24     201027
STAT-06 07162010            0.00     201030
STAT-21 03262012     3,061,138.11    201211
STAT-20 04302012     3,061,138.11    201216
STAT-56 06042012     3,061,138.11    201221
STAT-48 08062012            0.00     201230
STAT-58 07092012     3,061,138.11    201226
STAT-24 11192012     3,061,138.11    201245
STAT-26 11262012     3,061,138.11    201246

```
TXMODA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    MFT>30   TX-PRD>200712    PLN-NUM>      NM-CTRL>BERG
                                                              BOD-CD>WI
19210-888-00000-1<DLN                          MF-XTRCT-CYC>20130405  SC-REASON-CD>33

SC-STS>72   MOD-BAL>       3,061,230.11  CYC>201304
MF-STS>26   MOD-BAL>       3,061,230.11  CYC>20124605 TODAYS-DT>01/30/2013
                    LAST-NOTICE>DAR   ARDI-CD>3   PRIMARY-LOC>4113
                                                    CL-LOC>24                  PDC-IND>00
--------------------------                   AIMS-CD>1  CL-ASGMT>00000000
ASED>          FRZ>T   -W  |         FMS-CD>1           LIEN>4 MOD-YLD-SCR>0099999
CSED>          INTL>       |                            TDI-CYC>201246
RSED>04152011              |
                                             IRA-CD>1
CS-CTRL-INFO>ALL CS CTRL CLSD    CLSD-CTRL-CYC>201252 LST-CS-CTRL-ACTY>12192012
--------------------------------POSTED RETURN INFORMATION---------------------
RET-RCVD-DT>01242011    MO-DELQ>05
FS>3     NUM-EXEMPT>02
AGI>  5,102,526.00
TXI>  5,096,043.00
------------------------------RETURN TRANSACTION-----------------------------
     T/C  POSTED     TRANS-AMOUNT       CYC     T      DLN
     150  02142011           0.00   20110508    19210-888-00000-1    SFR

Employee #7937520282 Page 001 of 006 PAGE   002


TXMODA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    MFT>30   TX-PRD>200712    PLN-NUM>    NM-CTRL>BERG
--------------------------------POSTED TRANSACTIONS SECTION------------------
--------------------------
     T/C  POSTED    TRANS-AMOUNT  CYC-DAY  T       DLN
     140  12012008          0.00  20085008    17249-336-00000-8
     971  12222008          0.00  20085008    17277-336-00000-8       971-CD>804
                    MISC>CP 0059                              CLS-CD>057
     595  05122009          0.00  20092008    17249-532-00183-9
     592  07052010          0.00  20102508    17249-532-00183-9
     595  07162010          0.00  20103008    17249-597-00254-0       CLS-CD>057
     424R 01242011          0.00  20110508    19277-024-20000-1  SOURCE-CD>25
                            SPCL-PROJ>0277
                    PBC>295   SBC>00000  EGC>5065  PUSH-CD>036
     570  02142011          0.00  20110508    19210-888-00000-1
     420  02032011          0.00  20110608    17277-034-00000-1
                    PBC>296   SBC>00000  EGC>5065
     170  03262012     80,544.73  20121105    17247-461-30050-2
     160  03262012    398,186.55  20121105    17247-461-30050-2
     300  03262012  1,769,718.00  20121105    17247-461-30050-2
                                                      PRT-CD>9
             DISP-CD>10 ASED>            03192015
                                                       TECH-CD>6
                     ABST-NUM     ABST-AMT      ABST-NUM     ABST-AMT
                       888     5,102,526.00       886    5,096,043.00
Employee #7937520282 Page 002 of 006 PAGE   003
```

01/30/2013

```
TXMODA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     MFT>30  TX-PRD>200712     PLN-NUM>       NM-CTRL>BERG
                                887                  0.01
        421   03262012         0.00  20121105   17247-461-30050-2
        336   03262012   387,956.51  20121105   19210-888-00000-1
        276   03262012   424,732.32  20121105   19210-888-00000-1
        971   03262012         0.00  20121105   19277-888-00000-1         971-CD>804
                        MISC>CP 0022
        971   05212012         0.00  20121905   19277-999-99999-2         971-CD>262
        971   06232012         0.00  20122705   59277-577-09068-2         971-CD>611
        971R  11262012         0.00  20124705   28277-001-99999-2         971-CD>060
        971   11262012         0.00  20124705   41277-314-99999-2         971-CD>600
        971   11272012         0.00  20124905   35277-733-01109-2         971-CD>252
        582   11302012         0.00  20125005   17277-739-07520-2
                        REGULAR LIEN
        670   11152012         0.00  20125005   29218-740-04707-2
                   DESG-PYMT-CD>99
        360   12242012        92.00  20125005   29218-740-04707-2
                                                DESG-PYMT-CD>99
        971   11292012         0.00  20125005   17277-738-04152-2         971-CD>069
        971   11292012         0.00  20125005   17277-738-04153-2         971-CD>067
        971   12142012         0.00  20125205   28277-754-04564-2         971-CD>275
        971   12142012         0.00  20125205   28277-754-04565-2         971-CD>630
        972   01072013         0.00  20125305   28277-001-99999-2         971-CD>060
Employee #7937520282 Page 003 of 006 PAGE  004


TXMODA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     MFT>30  TX-PRD>200712     PLN-NUM>       NM-CTRL>BERG
        520   12142012         0.00  20130405   18277-407-05106-3 COLL-CLS-CD>76
                                                              CSED-EXT-IND>P
-----------------------NOTICE HISTORY SECTION-----------------------------
  NOTICE         AMOUNT         CYC    S  AO
CP022       3,061,138.11   20121105   M  13    SUPPRESS-CD>0
DAS         3,061,138.11   20121105   M  13
CP501       3,078,780.87   201216     I  13    SUPPRESS-CD>0
CP503       3,096,448.93   201221     I  13    SUPPRESS-CD>0
CP504       3,105,293.73   201226     I  13    SUPPRESS-CD>0
DAS         3,139,136.34   201245     I  13    SCND-TDA-SEL>I
DAR         3,140,927.77   201246     I  24    SCND-TDA-SEL>I
------------------CONTROL BASE AND HISTORY INFORMATION---------------------
C#   STATUS   ACT-DT    ACTION-EMP   ACTIVITY     RCVD-DT    ASSIGN-TO   CAT  ORG F S
01    A     08192011  0260943580   MANDRV       01242011  0260968524  TPRQ        G
      C     08242011  0260968524   MANDREV      01242011  0260968524  TPRQ        G
02    A     07202012  0309960045   CISYHZ2417   07202012  0339300000  TPRQ        G
      A     10012012  0309960028   ACTV         07202012  0342744065  TPRQ        G
      A     10042012  0309960047   REASSIGN     07202012  0342757689  TPRQ        G
      A     10152012  0309960245   MGRAPPROVE   07202012  0342757689  TPRQ        G
      C     10162012  0309960158   81MSC        07202012  0342757689  MISC        G
03    C     12192012  0577207555   INPTCDP      12192012  0577207555  SPC3        G
H           07202012  0309960019   CISCASE                                        G
Employee #7937520282 Page 004 of 006 PAGE   005
```

```
TXMODA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    MFT>30  TX-PRD>200712    PLN-NUM>      NM-CTRL>BERG
H         07202012  0309960205  STAUP2215                              C
H         11022012  0465470781  STAUP2209                              C
H         11022012  0465470781  STAUP2200                              C
-----------------------SERVICE CENTER HISTORY SECTION------------------------
SC-STS  DATE        STATUS-AMOUNT    CYC
  21   03262012     3,061,138.11   20121105
  20   04302012     3,061,138.11   201216
  56   06042012     3,061,138.11   201221
  58   07092012     3,061,138.11   201226
  48   08062012 NXT>505            201230    MIN-NUM-DELAY>09  BALANCE-CYC-DELAY>6
  48   11192012 NXT>505            201245    MIN-NUM-DELAY>09
  50   11192012 NXT>505            201245    MIN-NUM-DELAY>00
  24   11192012     3,061,138.11   201245
  26   11262012     3,061,138.11   201246
  72   02112013     3,061,230.11   201304
-----------------------MASTER FILE HISTORY SECTION--------------------------
MF-STS  DATE        STATUS-AMOUNT    CYC          CCNIP-SELECT-CD
  02   12012008 IND>   NTC-AO>13  20085008           32
  02   12222008 IND>1  NTC-AO>13  20085008           32
  03   02162009 IND>8  NTC-AO>13  20090508           32
  03   03022009 IND>5  NTC-AO>24  20090708           32
  06   05122009             0.00  20092008
Employee #7937520282 Page 005 of 006 PAGE  006


TXMODA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    MFT>30  TX-PRD>200712    PLN-NUM>      NM-CTRL>BERG
  02   07052010 IND>   NTC-AO>13  20102508           32
  03   07052010 IND>8  NTC-AO>13  20102508           77
  03   07192010 IND>5  NTC-AO>24  20102708           77
  06   07162010             0.00  20103008
  21   03262012     3,061,138.11  20121105
  20   04302012     3,061,138.11  20121605
  56   06042012     3,061,138.11  20122105
  58   07092012     3,061,138.11  20122605
  24   11192012     3,061,138.11  20124505
  26   11262012     3,061,138.11  20124605
```

Employee #7937520282 Page 006 of 006 PAGE  001

| INTERNAL REVENUE SERVICE | Lien Recorded    : 12/04/2012 - 14:02PM |
| FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number: 3919477 |
|  | UCC Number      : |
|  | Liber          : |
|  | Page           : |

Area: SMALL BUSINESS/SELF EMPLOYED #4 | IRS Serial Number: 906428112
Lien Unit Phone: (800) 913-6050

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
DANIEL L BERGLUND

Residence :
6758 PINE ARBOR BLVD
COTTAGE GROVE, MN 55016-4570

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|------|------|------|------|------|------|
| 1040 | 12/31/2007 | XXX-XX-6722 | 03/26/2012 | 04/25/2022 | 3061138.11 |

Filed at:    COUNTY RECORDER
             WASHINGTON E
             STILLWATER, MN 55082                Total  $   3061138.11

This notice was prepared and executed at CHICAGO, IL
on this, the 15th day of November, 2012.

Authorizing Official:              | Title:
    TIM SMITH                      | REVENUE OFFICER        24-01-1428

**Name and Address of Sender**

Department of the Treasury
Internal Revenue Service
PO Box 12267 Stop B201G
Covington KY 41012

Check type of mail or service: **November 8, 2011**

- [x] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

1. Notices of deficiency, for the years indicated, have been sent to the following taxpayers.

| | Article Number | Address (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | RD Fee | SH Fee | SC Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | | | | | | | | | | |
| 2 | ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | | | | | | | | | | |
| 3 | ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | | | | | | | | | | |
| 4 | 7008 0100 0003 0926 6659 2007 | DANIEL L BERGLUND 6756 PINE ARBOR BLVD COTTAGE GROVE, MN 55016 | | | | | | | | | | |
| 5 | ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | | | | | | | | | | |
| 6 | ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | | | | | | | | | | |
| 7 | ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | | | | | | | | | | |
| 8 | ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 7

Total Number of Pieces Received at Post Office: _____

Postmaster, Per (Name of receiving employee)

Affix Stamp Here
(If issued as a certificate of mailing, or for additional copies of this bill)
Postmark and Date of Receipt

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

COVINGTON 41011
NOV 08 2011
USPS

**IRS** Department of the Treasury
Internal Revenue Service

Cincinnati, OH 45999-0040

7006 0100 0003 0926 6659

DANIEL L BERGLUND
6758 PINE ARBOR BLVD
COTTAGE GROVE, MN 55016

---

Cut here and return this portion with your correspondence.

**Notice Number:** LTR3219

**Notice Date:** November 8, 2011

471706722 30 200712

DANIEL L BERGLUND
6758 PINE ARBOR BLVD
COTTAGE GROVE, MN 55016

INTERNAL REVENUE SERVICE
EXAM STOP 8201G
201 W RIVERCENTER BLVD
COVINGTON, KY 41011-0040

**IRS** Department of the Treasury
Internal Revenue Service

Cincinnati, OH 45999-0040

7006 0100 0003 0926 6659

DANIEL L BERGLUND
6758 PINE ARBOR BLVD
COTTAGE GROVE, MN 55016

Letter Number: 3219(SC/CG)

Letter Date: November 8, 2011

Taxpayer Identification Number:

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

Tax Form: 1040

Tax Year Ended and Deficiency

December 31, 2007  $1,769,718.00

Contact Person:

Tax Examiner

Contact Telephone Number:

1-866-897-0161
(TOLL FREE NUMBER)

Hours to Call:

7:00 AM to 7:00 PM

Last Date to Petition Tax Court:

February 6, 2012

Penalties/Additions to Tax

| | |
|---|---|
| IRC Section 6651(a)(2) | $362,792.19 |
| IRC Section 6651(a)(1) | $398,186.55 |
| IRC Section 6654(a) | $80,544.73 |

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the **Last Date to Petition Tax Court** (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition form the Tax Court. You should file the petition with **United States Tax Court, 400 Second Street NW, Washington D.C. 20217.** Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide *not* to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter.  If this number is outside your local calling area, there will be a long distance charge to you.  If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory.  An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information.  Please attach this letter to your correspondence to help us identify your case.  Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers.  You also have the right to contact the Taxpayer Advocate.  You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (859) 669-5316 or writing to:

> CINCINNATI SERVICE CENTER
> TAXPAYER ADVOCATE
> P.O. BOX 1235, STOP 11
> CINCINNATI, OH 45201

Taxpayer Advocate assistance is not a substitute for established procedures such as the formal appeals process.  The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court.  The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

A. F. Gonzalez
Field Director, Compliance Services
Cincinnati Service Center

Enclosures:
Copy of this letter
Waiver
Envelope

Cat. No. 27500P

Letter 3219(SC/CG) (08-1999)

| **Form 5564** (Rev. June 1992) | Department of the Treasury - Internal Revenue Service<br>**NOTICE OF DEFICIENCY - WAIVER** | Symbols<br>CINCINNATI<br>8201G |
|---|---|---|

Name and Address of Taxpayer(s
DANIEL L BERGLUND
6758 PINE ARBOR BLVD
COTTAGE GROVE, MN 55016

NOVEMBER 8, 2011
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

Kind of Tax

INDIVIDUAL INCOME

☐ Copy to Authorized Representative

Tax Year Ended
DECEMBER 31, 2007

**DEFICIENCY**

Increase in Tax $1,769,718.00      Penalties   $841,523.47

IRC Section 6651(a)(2)      $362,792.19
IRC Section 6651(a)(1)      $398,186.55
IRC Section 6654(a)         $80,544.73

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532(a)(1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report.

I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | | Date |
|---|---|---|---|
| | | | Date |
| | By | Title | Date |

**Note:** If you consent to the assessment of the deficiencies shown in the waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign:** If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

**If you agree, please sign and return this form; keep one copy for your records**

FORM 5564 (Rev. 6-92)

Form **4549**
(Rev. May 2008)

Department of the Treasury-Internal Revenue Service

# Income Tax Examination Changes

Page __1__ of __2__

Return Form No.:
1040

Name and Address of Taxpayer

DANIEL L BERGLUND
6758 PINE ARBOR BLVD
COTTAGE GROVE  MN  55016

Taxpayer Identification Number
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

Person with whom examination changes were discussed.

Name and Title:

| | Period End 12/31/2007 | Period End | Period End |
|---|---|---|---|
| **1. Adjustments to Income** | | | |
| a. Bartering | 30,775.00 | | |
| b. Stocks and Bonds | 5,071,408.00 | | |
| c. Ordinary Dividends | 23.00 | | |
| d. Interest | 320.00 | | |
| e. Standard Deduction | (5,350.00) | | |
| f. Exemptions | (1,133.00) | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | 5,096,043.00 | | |
| **2. Total Adjustments** | 0.00 | | |
| **3.** Taxable Income Per Return or as Previously Adjusted | 5,096,043.00 | | |
| **4. Corrected Taxable Income** | TAX RATE | | |
| Tax Method | Married Separate | | |
| Filing Status | 1,769,718.00 | | |
| **5. Tax** | | | |
| **6.** Additional Taxes / Alternative Minimum Tax | 1,769,718.00 | | |
| **7. Corrected Tax Liability** | | | |
| **8. Less** a. | | | |
| **Credits** b. | | | |
| c. | | | |
| d. | | | |
| **9. Balance** *(Line 7 less Lines 8a through 8d)* | 1,769,718.00 | | |
| **10. Plus** a. | | | |
| **Other** b. | | | |
| **Taxes** c. | | | |
| d. | | | |
| **11.** Total Corrected Tax Liability *(Line 9 plus Lines 10a through 10d)* | 1,769,718.00 | | |
| **12.** Total Tax Shown on Return or as Previously Adjusted | 0.00 | | |
| **13.** Adjustments to: a. | | | |
| b. | | | |
| c. | | | |
| **14.** Deficiency-Increase in Tax or *(Overassessment-Decrease in Tax)* *(Line 11 less Line 12 adjusted by Lines 13a through 13c)* | 1,769,718.00 | | |
| **15.** Adjustments to Prepayment Credits - Increase *(Decrease)* | | | |
| **16. Balance Due or** *(Overpayment)* - *(Line 14 adjusted by Line 15)* *(Excluding Interest and penalties)* | 1,769,718.00 | | |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest income)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23105A

www.irs.gov

Form **4549** (Rev. 5-2008)

Form **4549**
(Rev. May 2008)

**Department of the Treasury-Internal Revenue Service**
## Income Tax Examination Changes

Page __2__ of __2__

Name of Taxpayer
DANIEL L BERGLUND

Taxpayer Identification Number
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

Return Form No.:
1040

| | Period End 12/31/2007 | Period End | Period End |
|---|---|---|---|
| **17. Penalties/ Code Sections** | | | |
| a. Delq-IRC 6651(a)(2) | 362,792.19 | | |
| b. Delq-IRC 6651(a)(1) | 398,186.55 | | |
| c. Estimated Tax-IRC 6654 | 80,544.73 | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | 841,523.47 | | |
| **18. Total Penalties** | | | |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. The interest will accrue and be assessed at 120% of the under-payment rate in accordance with IRC §6621(c) | 0.00 | | |
| **19. Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or *(Overpayment)* Taxes - (Line 16, Page 1) | 1,769,718.00 | | |
| b. Penalties *(Line 18)* - computed to 08/26/2011 | 841,523.47 | | |
| c. Interest *(IRC § 6601)* - computed to 09/17/2011 | 347,300.60 | | |
| d. TMT Interest - computed to 09/17/2011 *(on TMT underpayment)* | 0.00 | | |
| e. Amount due or *(refund)* - (sum of Lines a, b, c and d) | 2,958,542.07 | | |

**Other Information:**

| Examiner's Signature: Tax Examiner | Employee ID: 1000130055 | Office: Cincinnati | Date: 08/26/2011 |
|---|---|---|---|

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

**PLEASE NOTE:** *If a joint return was filed.* **BOTH** *taxpayers must sign*

| Signature of Taxpayer | Date: | Signature of Taxpayer | Date: |
|---|---|---|---|
| By: | | Title: | Date: |

Catalog Number 23105A

www.irs.gov

Form 4549 (Rev. 5-2008)

Name of Taxpayer: DANIEL L BERGLUND
Identification Number: 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                     Total

08/26/2011
12.20.00

## 2007 - Form 6251 - Alternative Minimum Tax Computation

| | |
|---|---:|
| 1. If filing Schedule A, enter taxable income before exemptions; | 5,102,526.00 |
|    otherwise, enter adjusted gross income | |
| 2. Total adjustment and preferences (excluding any NOL deduction) | 0.00 |
| 3. Net operating loss deduction | 0.00 |
| 4. Alternative tax net operating loss deduction | 0.00 |
| 5. Alternative minimum taxable income (combine lines 1 thru 4) | 5,135,651.00 |
| 6. Exemption amount | 0.00 |
| 7. Subtract line 6 from line 5 (if zero or less, enter zero) | 5,135,651.00 |
| 8. If capital gains are reported, see line 20 from continuation page | 1,436,232.00 |
|    (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead) | |
|    All others: | |
|    If line 7 is $175,000 or less ($87,500 if MFS) multiply | |
|    line 7 by 26%. Otherwise, multiply line 7 by 28% and | |
|    subtract $3,500 ($1,750 if MFS) from the result | |
| 9. Alternative minimum tax foreign tax credit | 0.00 |
| 10. Tentative minimum tax (line 8 less line 9) | 1,436,232.00 |
| 11. Regular tax before credits (if Schedule J was used to figure tax, | 1,769,718.00 |
|     use the refigured amounts for lines 44 and 47 of Form 1040 | |
|     without using Schedule J) | |
| 12. Alternative minimum tax | 0.00 |

### Exemption Worksheet (line 6 above)

| | |
|---|---:|
| A. Exemption amount based on filing status | 33,125.00 |
| B. Alternative minimum taxable income | 5,135,651.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or | 75,000.00 |
|    qualifying widow(er), $75,000 if married filing separately) | |
| D. Subtract line C from line B | 5,060,651.00 |
| E. Multiply line D by 25% | 1,265,163.00 |
| F. Subtract line E from line A (if zero or less, enter zero) | 0.00 |

08/26/2011

Name of Taxpayer: DANIEL L BERGLUND   Total   12.20.00
Identification Number: 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

### 2007 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

|  | |
|---|---:|
|  | 5,135,651.00 |
| 1. Amount from Form 6251 report, line 7 | |
| (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | 0.00 |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | 0.00 |
| 3. Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | |
| the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | 0.00 |
| 5. Smaller of line 1 or line 4 | 5,135,651.00 |
| 6. Subtract line 5 from line 1 | 1,436,232.00 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 31,850.00 |
| 8. Enter: | |
| $63,700 if filing married filing joint or qualified widow(er) | |
| $31,850 if filing single or married filing separate | |
| $42,650 if filing head of household | 0.00 |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 14 Schedule D Tax Worksheet | 31,850.00 |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | 0.00 |
| 11. Smaller of line 1 or line 2 | 0.00 |
| 12. Smaller of line 10 or line 11 | 0.00 |
| 13. Multiply line 12 by 5% | 0.00 |
| 14. Subtract line 12 from line 11 | 0.00 |
| 15. Multiply line 14 by 15% | 0.00 |
| 16. Subtract line 11 from line 5 | 0.00 |
| 17. Multiply line 16 by 25% | 1,436,232.00 |
| 18. Total of lines 7, 13, 15 and 17 | 1,436,232.00 |
| 19. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 1,436,232.00 |
| 20. Smaller of line 18 or line 19. Enter here and on line 8 of Form 6251 report | |

Name of Taxpayer:  DANIEL L BERGLUND
Identification Number:  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                     Total

08/26/2011
12,20.00

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

### 2007 - DELINQUENCY PENALTY

| | | |
|---|---|---:|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 04/15/2008 | |
| 3. Date return filed | 08/26/2011 | |
| 4. Failure to File penalty rate | 0.225 | |
| 5. Failure to Pay penalty rate | 0.205 | |
| 6. Total corrected tax liability | | 1,769,718.00 |
| 7. Allowable payments on or prior to due date of return | | 0.00 |
| 8. Net Amount Due (line 6 less line 7) | | 1,769,718.00 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 398,186.55 |
| 10. Minimum penalty if over 60 days delinquent | | 100.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 398,186.55 |
| 12. Previously assessed/previously agreed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 398,186.55 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 362,792.19 |
| 15. Previously assessed/previously agreed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 * | | 362,792.19 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 760,978.74 |

• If an amount appears as the Failure to Pay Penalty, the amount only reflects the addition to tax under Internal Revenue Code section 6651(a)(2) through the date of this notice.  The addition to tax will continue to accrue from the due date of the return at a rate of 0.5 percent each month, or fraction thereof, of nonpayment, not exceeding 25 percent.

Name of Taxpayer: DANIEL L BERGLUND  
Identification Number: 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  
Total  
08/26/2011 12.20.00

## 2007 - EXPLANATION OF THE ESTIMATED TAX PENALTY

Since you did not pay sufficient estimated tax, addition to the tax is charged as shown below, in accordance with Section 6654(a) of the Internal Revenue Code.

| | Total |
|---|---|
| 1. Total corrected tax liability, Form 4549, line 11 | 1,769,718.00 |
| (Tax Per Return, if a return was filed) | 0.00 |
| 2. Refundable Credits | 0.00 |
| 3. Withholding taxes | 0.00 |
| 4. Line 1 less sum of lines 2 & 3 (if less than $1000, estimated penalty does not apply) | 1,769,718.00 |
| 5. 90% of the sum of line 1 less line 2 | 1,592,746.20 |
| 6. Prior year tax liability (110% of tax if AGI was more than $150,000. or if MFS more than $75,000.) | 0.00 |
| 7. The smaller of line 5 or 6 (as adjusted) | 1,592,746.20 |

| | Apr 15, 2007 | Jun 15, 2007 | Sep 15, 2007 | Jan 15, 2008 |
|---|---|---|---|---|
| 8. Payment Due Date | Apr 15, 2007 | Jun 15, 2007 | Sep 15, 2007 | Jan 15, 2008 |
| 9. Payment Required | 398,186.55 | 398,186.55 | 398,186.55 | 398,186.55 |
| 10. Payments & Credits | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. Overpayment from line 17 | | 0.00 | 0.00 | 0.00 |
| 12. Total of lines 10 & 11 | | 0.00 | 0.00 | 0.00 |
| 13. Previous Qtr Underpayment | | 398,186.55 | 796,373.10 | 1,194,559.65 |
| 14. Line 12 less line 13 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15. Remaining Underpayment | | 398,186.55 | 796,373.10 | |
| 16. Underpayment | 398,186.55 | 398,186.55 | 398,186.55 | 398,186.55 |
| 17. Overpayment | 0.00 | 0.00 | 0.00 | 0.00 |
| 18. Penalty | 30,763.71 | 25,440.01 | 17,410.82 | 6,930.19 |

| | Total |
|---|---|
| 18. Penalty | 0.00 |
| 19. Previously Assessed/Previously Agreed Estimated Tax Penalty | 80,544.73 |
| 20. Estimated Tax Penalty | |

08/26/2011

Name of Taxpayer:     DANIEL L BERGLUND                                      12.20.00
Identification Number:  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                          Total

## 2007 - PERSONAL EXEMPTION WORKSHEET

| | |
|---|---:|
| 1. Multiply $3,400  by the total number of exemptions claimed on Form 1040, line 6d | 3,400.00 |
| 2. Adjusted gross income | 5,102,526.00 |
| 3. Limitation based on filing status | 117,300.00 |
|    NOTE: If line 2 is not greater than line 3, enter amount from line 1 on line 10 below | |
| 4. Subtract line 3 from line 2 | 4,985,226.00 |
| 5. If line 4 is more than $122,500 ($61,250 if married filing separately), multiply $1,133 by the total number of exemptions claimed on Form 1040, line 6d and enter this amount on line 10 below | 1,133.00 |
| 6. Divide line 4 by $2,500 ($1,250 if married filing separately) | 0.00 |
|    (If result is not a whole number, increase to next whole number) | |
| 7. Multiply line 6 by 2% and enter the result as a decimal | 0.00 |
| 8. Multiply line 1 by line 7 | 0.00 |
| 9. Divide line 8 by 1.5 | 0.00 |
| 10. Deduction for exemptions (subtract line 9 from line 1) | 1,133.00 |

Name Of Taxpayer:  DANIEL L BERGLUND                          08/26/2011
Identification Number: 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           Total               12.20.00

## 2007 TAX YEAR INTEREST COMPUTATION

Interest computed to                                          09/17/2011

Total Tax Deficiency                                        $1,769,718.00

Plus Penalties*
    Failure to File - IRC 6651              $398,186.55
    Accuracy Related Penalty - IRC 6662      $.00
    Accuracy Related Penalty - IRC 6662A     $.00
    Civil Fraud - IRC 6663                   $.00
    Manually Computed Penalty                $.00

Total Penalties Subject to Interest                          $398,186.55
                                                            $2,167,904.55

Tax Deficiency and Penalties Subject to Interest

| Type     | Effective Dates       | Days | Rate | Interest    |
|----------|-----------------------|------|------|-------------|
| Compound | 04/15/2008--06/30/2008 | 76   | 6%   | $27,176.68  |
| Compound | 07/01/2008--09/30/2008 | 92   | 5%   | $27,760.64  |
| Compound | 10/01/2008--12/31/2008 | 92   | 6%   | $33,776.12  |
| Compound | 01/01/2009--03/31/2009 | 90   | 5%   | $27,991.60  |
| Compound | 04/01/2009--12/31/2009 | 275  | 4%   | $69,895.35  |
| Compound | 01/01/2010--12/31/2010 | 365  | 4%   | $96,083.80  |
| Compound | 01/01/2011--03/31/2011 | 90   | 3%   | $18,194.11  |
| Compound | 04/01/2011--09/17/2011 | 170  | 4%   | $46,422.30  |

Total Interest                                               $347,300.60

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment.  The
interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions)
and will continue to accrue until the date paid in full.  Interest on the failure to pay penalty is computed from the date of
assessment and is therefore not considered in this report.

| Form **886-A** (Rev. January 1994)886-A | **EXPLANATION OF ITEMS** | | Schedule number or exhibit |
|---|---|---|---|
| Name of Taxpayer DANIEL L BERGLUND | Taxpayer Identification Number 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 | | Year/Period Ended 2007 |

**Exemptions-Self**

| | Tax Period 2007 | Per Return 0 | Per Exam 1 | Adjustment -1 |
|---|---|---|---|---|

Since you failed to file your tax return for the tax shown in this report, we have filed for you as authorized by Internal Revenue Code Section 6020(b). The income, filing status, deductions, and credits shown in this report are based on information available to us. The proposed adjustments may not reflect certain deductions, expenses, exemptions, credits, and other tax benefits, such as cost basis of capital items, due to your failure to file your return and provide supporting information. We used Information Return Documents filed by payers as reported under your Social Security Number to determine your income. If you need an itemized list of payers and amounts of the income reported to the Internal Revnue Service, you may request this information by calling the toll-free number or writing to the address shown on the accompanying letter.

Department of the Treasury - Internal Revenue Service

Form **886-A** (1-1994)

# Examination Workpapers

| Taxpayer's name, address, SSN | Date | Year(s) |
|---|---|---|
| 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 | 08/18/2011 | 2007 |

DANIEL L BERGLUND

6758 PINE ARBOR BLVD
COTTAGE GROVE, MN, 55016

| Examiner | Grade |
|---|---|
| Brown, C.    GJFJB | 07 |

| Taxpayer(s) | Home Phone | Work Phone |
|---|---|---|

Reviewer

---

**Representative – Power of Attorney**   ☐ Yes   ☐ No
Name

**A.**

**Initial Interview**

1. Examination technique:
   ☐ Undeliverable mail   ☐ Correspondence
   ☐ Interview with:   ☐ No Show

2. Receipt of Publication 1   ☐
3. Appeal rights and Privacy Act explained   ☐
4. Innocent spouse (Pub. 971)   ☐
5. Continue on Form 4700-A, B or C

**B.**

**Closed No Change**

Issue:   ☐ Letter 590   ☐ Letter 1156   ☐ Other

Examiner

---

**C.**

**EQMS Auditing Standards (Rev. 5/95) – IRM Exhibit 4910 –1**

1. Consideration of Large, Unusual, or Questionable items
2. Probes for Unreported Income
3. Required Filing Checks
4. Examination Depth and Records Examined
5. Continue on Form 4700-A, B or C

6. Penalties Properly Considered
7. Workpapers Support Conclusions
8. Report Writing Procedures Followed
9. Time Span/Time Charged

Was consideration given to all applicable auditing standards?
YES
If no, indicate the standard(s) not given consideration, and the reasons why consideration was not given:

Service Center Tax Examiners – Refer to Center Examination Quality Measurement System (CEQMS) Auditing Standards in IRM Exhibit 4010-2

---

**D.**

**Examination Reminders**

1. Proforma Worksheets utilized where applicable
2. Alternative minimum tax
3. Inspection of prior and subsequent year return, IRM 4215
4. Probe for unreported deductions and credits
5. Scope of Examination, IRM 4263.2
6. Automatic adjustments resulting from AGI change(s)
7. "Burned Out" Tax Shelters – IRM 4236(13)
8. Amounts claimed for See/Special Fuels – IRC 6426/6421
9. Health Care Continuation Coverage Under COBRA-IRC 49908

**Case Processing Reminders**

1. Claim Case – Forms 2297 and 3363
2. Information Reports (IRM 4219) – Form 5346
3. FICA, Self-Employment or Tip Income Adjustments
   Forms 885-E, 885-F, and 885T
4. Inequities, Abuses, Loopholes – Form 3558
5. Inadequate Records Notices (IRM 4271)
6. Special Handling Notice 3198

---

**E.**

| Required Filing Checks – IRM 4034 | CHECK COMPLETED | | | COMMENT IN: | |
|---|---|---|---|---|---|
| | YES | NO | N/A | F4700 SUPPLEMENT | F4700 BUSINESS SUPPLEMENT |
| 1. All Required Returns (of THIS T/P) | | | | | |
| .. Prior | | | | | |
| .. Subsequent | | | | | |
| .. Compliance Items: | | | | | |
| Information Returns | | | | | |
| Questionable W-4's | | | | | |
| Forms 8300 | | | | | |
| Any Other Returns | | | | | |
| 2. All Related Returns (of ANOTHER T/P) | | | | | |

Department of the Treasury – Internal Revenue Service

Form **4700** (Rev. 1-99)

| Continuation of Examination Workpapers | DANIEL L BERGLUND 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 | | | | |
|---|---|---|---|---|---|
| (Items to be considered, explored, verified) | Tax Period | Per Return | Corrected | Adjustment | WP Index |
| **A**  Administrative | | | | | |
| **B**  Pre-Audit / Interview / History | | | | | |

Pre-Audit:
8/18/11 CBrown GJFJB T104 PC 277  SFR  FCR


Research:  INOLES  AMDISA  ENMOD CFINK  IMFOLI  IRPTR


Telephone Attempt:  No phone number provided; none required.  FCR

Conclusions:
8/18/11 CBrown GJFJB T104  TP did not file a return.  The deficiency is greater than the tolerance of $500,000 and requires a Mandatory Review by T103.  After review, the case will be return to T104 for mailing of L1862 and Report 4549 to TP.

| **C**  Required Filing Checks | | | | | |
|---|---|---|---|---|---|
| **D**  Penalties | | | | | |

Pre-Audit:
8/18/11 CBrown GJFJB T104

Failure to File - does apply under IRC 5561 (a)(1) since TP did not file a timely return.

Failure to Pay - does apply under IRC 5561(a)(2) since TP did not pay his taxes timely.

Estimated Tax - does apply under IRC 6654 due to an underpayment of tax liability shown and TP did not make timely estimated tax payments.

The Accuracy Related Penalty IRC 6662(c) & IRC 6662(d) does not apply on SFR at this time.

| **E**  Filing Status | 200712 | | | Married filing separate | |
|---|---|---|---|---|---|

Conclusions:
8/18/11 CBrown GJFJB T104  Based on research this report is being prepared using married filing separate status.

| **F**  Exemptions-Self | 200712 | 0 | 1 | (1) | |
|---|---|---|---|---|---|

Conclusions:
8/18/11 CBrown GJFJB T104 TP is eligible for an exemption for himself.

| **G**  Interest | 200712 | $0.00 | $320.00 | $320.00 | |
|---|---|---|---|---|---|

Conclusions:
8/18/11 CBrown GJFJB T104  We are pursuing N/R income.

| **H**  Ordinary Dividends | 200712 | $0.00 | $23.00 | $23.00 | |
|---|---|---|---|---|---|

Conclusions:
8/18/11 CBrown GJFJB T104  We are pursuing N/R income.

| **I**  Stocks and Bonds | 200712 | $0.00 | $5,071,408.00 | $5,071,408.00 | |
|---|---|---|---|---|---|

Conclusions:
8/18/11 CBrown GJFJB T104  We are pursuing N/R income.

Form 4700(Rev 1-99)

# Continuation of Examination Workpapers

DANIEL L BERGLUND
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

| (Items to be considered, explored, verified) | Tax Period | Per Return | Corrected | Adjustment | WP Index |
|---|---|---|---|---|---|
| J          Bartering | 200712 | $0.00 | $30,775.00 | $30,775.00 | |

Conclusions:
8/18/11 CBrown GJFJB T104  We are pursuing N/R income through Bartering of commodity of Gold..

| | | | | | |
|---|---|---|---|---|---|
| ZZZ          Statutory-Standard Deduction | 200712 | $0.00 | $5,350.00 | ($5,350.00) | |

# Case History Report

Examining officer:  ROLLINS, BETSY          Tax period(s):  200712          Page number: 1

Taxpayer:  BERGLUND,DANIEL L

Address:  6758 PINE ARBOR BLVD

COTTAGE GROVE MN 55016

Telephone:

Fax number:

| Date: | Location: | Action: | Tax Period(s) | Exam Time: | Claim Time: | Next Action Date: |
|---|---|---|---|---|---|---|
| 08/18/2011 | Other | L1862-MAND | 200712 | 1.0 | 0.0 | |
| | | Remarks: | | | | |
| | | 8/18/11 Cbrown GJFJB T104 FCR  TP's deficiency is greater than tolerance of $500,000 and requires Mandatory Review. Send to T103 for review. Return to T104 after review for preparation of mailing to TP of L1862, Report 4549 and Pub 3498A. MAND. | | | | |
| 08/24/2011 | Campus / Service Center | Mandatory review complete. OK | 200712 | 0.0 | 0.0 | |
| | | Remarks: | | | | |
| | | This note is created by the user 13811 from service center 17 on 08/24/2011 | | | | |
| 08/25/2011 | Other | Mandatory review complete. OK to issue report. L1862 | 200712 | 0.4 | 0.0 | |
| | | Remarks: | | | | |
| | | 8/26/11 Cbrown GJFJB T104 ICL; returned from Mand Review. Send TP L1862 (2), Report 4549 (2), and Pub3498A. Update Stat to 22. If N/R, issue Stat. Batch. | | | | |
| 10/24/2011 | Other | Letter-90 day | 200712 | 0.0 | 0.0 | 02/06/2012 |
| 02/28/2012 | Other | DEFAULT | 200712 | 0.2 | 0.0 | |
| | | Remarks: | | | | |
| | | CET 0846 T201 - DC 10 CLOSED ON DEFAULT D/AC | | | | |

Total time:  1.6  0.0
Total non-technical time:  0.0  0.0

# Case History Report

Examining officer:   Brown, C.  GJFJB            Tax period(s):   200712            Page number: 1

Taxpayer:            BERGLUND,DANIEL L

Address:             6758 PINE ARBOR BLVD

                     COTTAGE GROVE MN 55016

Telephone:

Fax number:

| Date: | Location: | Action: | Tax Period(s) | Exam Time: | Claim Time: | Next Action Date: |
|---|---|---|---|---|---|---|
| 08/18/2011 | Other | L1862-MAND | 200712 | 1.0 | 0.0 | |
| | | Remarks: | | | | |
| | | 8/18/11 Cbrown GJFJB T104 FCR  TP's deficiency is greater than tolerance of $500,000 and requires Mandatory Review. Send to T103 for review. Return to T104 after review for preparation of mailing to TP of L1862, Report 4549 and Pub 3498A. MAND. | | | | |
| 08/24/2011 | Campus / Service Center | Mandatory review complete. OK | 200712 | 0.0 | 0.0 | |
| | | Remarks: | | | | |
| | | This note is created by the user 13811 from service center 17 on 08/24/2011 | | | | |
| 08/25/2011 | Other | Mandatory review complete. OK to issue report. L1862 | 200712 | 0.4 | 0.0 | |
| | | Remarks: | | | | |
| | | 8/26/11 Cbrown GJFJB T104 ICL; returned from Mand Review. Send TP L1862 (2), Report 4549 (2), and Pub3498A. Update Stat to 22. If N/R, issue Stat. Batch. | | | | |

Total time: 1.4  0.0
Total non-technical time: 0.0  0.0

*[handwritten notes:]*

6 2011   L1862 LTR Sent - 8/3

19-11   J205  KH   ID   Return to BO

10·20·11  Cas

OCT 21 2011  og  St St needs manual over Mil

Stat Letter sent to TP

RT 10/24/11

Letter Date:  11/8/11

26/11 cc Manual Stat for letter date 11/8/11 Reviewed OK tos

1-70-6722

# Case History Report

Examining officer:   Brown, C.   GJFJB          Tax period(s):   200712                Page number: 1

Taxpayer:          BERGLUND,DANIEL L

Address:          6758 PINE ARBOR BLVD

                  COTTAGE GROVE MN 55016

Telephone:

Fax number:

| Date: | Location: | Action: | Tax Period(s) | Exam Time: | Claim Time: | Next Action Date: |
|---|---|---|---|---|---|---|
| 08/18/2011 | Other | L1862-MAND | 200712 | 1.0 | 0.0 | |
| | | Remarks: | | | | |

8/18/11 Cbrown GJFJB T104 FCR  TP's deficiency is greater than
tolerance of $500,000 and requires Mandatory Review.
Send to T103 for review.
Return to T104 after review for preparation of mailing to TP of
L1862, Report 4549 and Pub 3498A.
MAND.

|  | | |
|---|---|---|
| Total time: | 1.0 | 0.0 |
| Total non-technical time: | 0.0 | 0.0 |

19 2011  L1862-MAND-SB

4/1   Mand Revue Complete - HBR

02-20-2017

# Plaintiff's Exhibit 1

Date: 02-20-2017

By: *[signature: Daniel Berglund]*

Daniel Lee Berglund, Pro Se
6758 Pine Arbor Blvd. S.
Cottage Grove, MN 55016
Telephone: (651) 739-3650